**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

TERRELL A MUSGROVE,

    Petitioner,

v.                                                     CASE NO. 5:16-cv-00015-WTH-CJK

JULIE L JONES,

    Respondent.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk is directed to enter the following judgment: "The petition for writ of habeas corpus (ECF No. 1), challenging petitioner's judgment and sentence in *State of Florida v. Terrell Allen Musgrove*, Bay County Circuit Court Case No. 09-CF-43, is dismissed with prejudice as untimely filed. A certificate of appealability is denied." The Clerk is directed to close the file.

**DONE AND ORDERED** this __12th__ day of March, 2018

_____
UNITED STATES DISTRICT JUDGE